UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

In re:                                              :
                                                    :   Chapter 11
THE GREAT ATLANTIC & PACIFIC TEA                    :
COMPANY, INC., et al.                               :   Case No. 15-23007 (RDD)
                                                    :
            Debtors.                                :
                                                    :
-------------------------------------------------------------- x
The Official Committee of Unsecured Creditors on    :
behalf of the bankruptcy estate of THE GREAT        :
ATLANTIC & PACIFIC TEA COMPANY, INC.,               :
et al.                                              :   Adv. Proc. No. 17-08264 (RDD)
            Plaintiff,                              :
                                                    :
      v.                                            :
                                                    :
McKESSON CORPORATION,                               :
                                                    :
            Defendant.                              :
-------------------------------------------------------------- x
The Official Committee of Unsecured Creditors on    :
behalf of the bankruptcy estate of THE GREAT        :
ATLANTIC & PACIFIC TEA COMPANY, INC.,               :
et al.                                              :   Adv. Proc. No. 17-08265 (RDD)
            Plaintiff,                              :
                                                    :
      v.                                            :
                                                    :
McKESSON PHARMACY SYSTEMS LLC,                      :
                                                    :
            Defendant.                              :
-------------------------------------------------------------- x
                                                    :
The Official Committee of Unsecured Creditors on    :
behalf of the bankruptcy estate of THE GREAT        :
ATLANTIC & PACIFIC TEA COMPANY, INC.,               :
et al.                                              :   Adv. Proc. No. 17-08266 (RDD)
            Plaintiff,                              :
                                                    :
      v.                                            :
                                                    :
McKESSON SPECIALTY DISTRIBUTION                     :
CORPORATION,                                        :
            Defendant.                              :

## MEMORANDUM OF MEDIATOR

Pursuant to the Court's order establishing the terms of the mediation of the above adversary proceedings, a mediation session was held on January 14, 2019 attended by the following counsel: for the plaintiff, Robert Michaelson, Rich Michaelson Magaliff Moser, LLP, 335 Madison Avenue, New York, NY 10016, 646-453-7853; for the defendants, Jeffrey Garfinkle, Buchalter, P.C., 18400 Von Karman Avenue, Suite 800, Irvine CA 92612-0514, 949-224-0514, and Tracy Klestadt, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st St., 17th floor, New York, NY 10036-7203, 917-607-6520; and for certain interested creditors, Adam Harris, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022, 212-756-2254. The parties continued to communicate thereafter, but the mediation appears at a standstill, and the undersigned has no choice but to report that it was not successful.

Respectfully submitted,

*Allan Gropper*

Allan L. Gropper
Mediator

Dated: April 30, 2019